Christ, P. J., Rabin and Hopkins, JJ., concur; Munder and Martuscello, JJ., dissent and vote to affirm the judgment.

THE PEOPLE OF THE STATE OF ·NEW YORK, Respondent, v. WATKINS RICHARDSON, Appellant.—

Munder, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON SAUNDERS, Appellant.—

Christ, P. J., Rabin, Hopkins and Munder, JJ., concur.    (Beldock, P. J., deceased.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS SEIBLE, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR SELIGMAN and MILTON NADEL, Appellants.—